■ CLARA LENICK v. WILLIAM LENICK.— Motion for leave to reargue denied in all respects. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD DONNERY. (B) THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD F. SAGE.— [In each action] Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of GOUVERNEUR MORRIS HOUSES. CITY OF NEW YORK, Appellant-Respondent; SAMUEL HYMAN et al., Respondents-Appellants; SEYMOUR ARENSON et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, unless the appellant-respondent procures the record on appeal and appellant's points to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ SYLVIA ALBERT v. SIDNEY J. ALBERT et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 16, 1961, with notice of argument for February 28, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MILLER ART COMPANY INC. v. SOL WALLACE et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 16, 1961, with notice of argument for March 28, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN MILLER.— Motion for leave to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the information shall be substituted in place of the original information, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court, and on the further condition that the appeal be perfected and noticed for argument for the March 1961 Term of this court. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of GOUVERNEUR MORRIS HOUSES. CITY OF NEW YORK, Appellant-Respondent; SAMUEL HYMAN et al., Respondents-Appellants; SEYMOUR ARENSON et al., Respondents.— Motion for an enlargement of time granted and the time of all of the parties who have taken appeals from the decree of the Supreme Court, Bronx County, entered on or about May 21, 1959, to file the record on appeal and their appellants' points is extended to and including February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.